1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARACELI RAZO,

                Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

Case No. EDCV 14-2009 JC

JUDGMENT

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  June 30, 2015

                                       /s/

                   Honorable Jacqueline Chooljian
                   UNITED STATES MAGISTRATE JUDGE